IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MITSEAAH YACHT, LLC, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-236
)
THUNDERBOLT MARINE, INC., )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 36.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE,** and each party shall bear its own costs and fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of July 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA